

**IT IS ORDERED as set forth below:**

**Date: January 20, 2012**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER:  11-40606-PWB |
| | : | |
| CHARLES DANIEL MCALLISTER and FRANCIS DIANE MCALLISTER, | : : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| Debtors. | : | BANKRUPTCY CODE |
| _____ | : | |
| | : | |
| CHARLES DANIEL MCALLISTER and FRANCIS DIANE MCALLISTER, | : : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | ADVERSARY PROCEEDING |
| | : | NO. 11-4053 |
| CITIMORTGAGE, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER AND NOTICE OF HEARING ON MOTION TO DISMISS AND NOTICE OF STATUS CONFERENCE**

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that on **February 22, 2012**, at **11:00 a.m.**, in Courtroom 342, U.S. Courthouse, 600 East First Street, Rome, Georgia, the Court

shall hold a hearing on the Defendant's motion to dismiss and a status conference

End of Order

Distribution List

Michael D. Hurtt
The Hurtt Law Firm, LLC
P O Box 1304
Dalton, GA 30722-1304

Charles Daniel McAllister
280 Wagner Dr
Dalton, GA 30721

Francis Diana McAllister
280 Wagner Drive
Dalton, GA 30721

Bryan T. Glover
Burr & Forman, LLP
Suite 1100
171 Seventeenth Street
Atlanta, GA 30363

Mary Ida Townson
Chapter 13 Trustee
Suite 2700 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303