**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-40606-PWB |
| | : | |
| CHARLES DANIEL MCALLISTER, AND | : | CHAPTER 13 |
| FRANCIS DIANE MCALLISTER, | : | |
|     DEBTORS. | : | JUDGE BONAPFEL |
| | : | |
| | : | |
| CHARLES DANIEL MCALLISTER, AND | : | ADVERSARY PROCEEDING |
| FRANCIS DIANE MCALLISTER, | : | |
|     PLAINTIFFS, | : | CASE NO. 11-04053 |
| | : | |
| V. | : | |
| | : | |
| CITIMORTGAGE, INC., | : | |
|     DEFENDANT. | : | |

## **STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW, the plaintiffs Charles Daniel McAllister and Francis Diane McAllister, file this Stipulated Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this matter by Fed. R. Bankr. P. 7041, and respectfully request that this adversary proceeding be dismissed without prejudice and without further order of the Court.

Submitted March 19, 2012 by:                          So Stipulated by:

THE HURTT LAW FIRM, LLC                               BURR & FORMAN, LLP
Attorneys for Plaintiffs                              Attorneys for Defendant

*/s/ David W. Johnson*                                */s/ Bryan T. Glover*
David W. Johnson                                      Bryan T. Glover
GA Bar 940310                                         GA Bar 993070
PO Box 1304                                           171 Seventeenth St., NW
Dalton, GA 30722-1304                                 Suite 100
706.226.5425                                          Atlanta, GA 30363
                                                      404.685.4251